HARLEY D. SMITH, as Administrator of the Estate of GERTRUDE D. SMITH, Deceased, Respondent, *v.* THE STATE OF NEW YORK, Appellant. (Claim No. 22300.)

(Argued May 29, 1935; decided July 11, 1935.)

*John J. Bennett, Jr., Attorney-General (Frank Gibbons* and *John L. Campbell* of counsel), for appellant.

*Ernest D. Leet* and *Benjamin S. Dean* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.